UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEMETRIUS MANCE, | No. C 11-03717 LB |
| Plaintiff, | **ORDER FOLLOWING HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND REFERRING CASE TO MEDIATION** |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

This order follows the October 20, 2011 hearing on Defendant Mercedes-Benz USA, LLC's ("Mercedes-Benz") motion to compel Plaintiff Demetrius Mance to arbitrate his claims. Motion, ECF No. 5. At the hearing, the court discussed with the parties the option of participating in the court's alternative dispute resolution ("ADR") program. The court specifically noted that by participating in an ADR session, Mercedes-Benz would not waive its right to compel Mr. Mance to arbitrate his claims.

After this discussion, the parties agreed to participate in court-sponsored mediation and to take a limited amount of discovery to make the mediation session useful. The parties stated that they would file a stipulation documenting their agreement. Accordingly, the court refers the parties to mediation, which shall take place within 90 days from the date of this order. The parties shall notify the court promptly if the case resolves.

The court also set a status conference for January 19, 2012 at 10:30 a.m. 10/20/2011 Minute Order, ECF No. 16. The parties were instructed to file a joint status conference statement no later

than January 12, 2012. *Id*. In light of these next steps, the court defers ruling on Mercedes-Benz's motion to compel until after the status conference.

**IT IS SO ORDERED.**

Dated: October 24, 2011



LAUREL BEELER
United States Magistrate Judge

C 11-03717

2