JON D. UNIVERSAL, SBN 141255
JOSEPH R. WHEELER, SBN 216721
**UNIVERSAL, SHANNON & WHEELER LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070

Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| DEMETRIUS MANCE,<br><br>　　　　Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>　　　　Defendants. | Case No.: C11-03717 LB<br><br>Honorable Laurel Beeler<br><br>**STIPULATION RE LIMITED DISCOVERY; MEDIATION; AND NON-WAIVER OF DEFENDANT'S LEGAL RIGHT TO FURTHER COMPEL BINDING ARBITRATION**<br><br>Complaint Filed: July 28, 2011<br>Trial Date:　　None Set |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff DEMETRIUS MANCE ("Plaintiff") and Defendant MERCEDES-BENZ USA, LLC ("MBUSA"), by and through their respective counsel, that:

　　　　1. In furtherance of the court's October 24, 2011 order following the hearing on Defendant MBUSA's motion to compel arbitration and referring case to mediation, the parties agree to participate in court-sponsored mediation. Mediation is to be completed by no later than January 24, 2012;

1

   2. The parties agree to take a limited amount of discovery to make the mediation session useful. In this regard, MBUSA will depose Plaintiff and inspect the subject vehicle with its technical inspector;

3. Even though the parties will engage in limited discovery and participate in the court-sponsored mediation session, MBUSA would not waive its right to move to compel Plaintiff to arbitrate his claims pursuant to the arbitration clause in the Retail Installment Sale Contract at a later date after the mediation is completed; equally, Plaintiff does not waive his right to oppose Defendant's motion to compel arbitration.

**DATED:** 10/28/11

**UNIVERSAL, SHANNON & WHEELER, LLP**

JON D. UNIVERSAL, ESQ.
Attorneys for Defendant **MERCEDES-BENZ USA, LLC**

**DATED:** 10/28/11

**THE BICKEL LAW FIRM**

AMANDA L. GRAY, ESQ.
Attorney for Plaintiff **DEMETRIUS MANCE**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** November 1, 2011

LAUREL BEELER
United States Magistrate Judge

2

DEFENDANT MERCEDES-BENZ USA, LLC'S STIPULATION RE LIMITED DISCOVERY; MEDIATION; AND NON-WAIVER OF DEFENDANT'S LEGAL RIGHT TO FURTHER COMPEL BINDING ARBITRATION