1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND BRANCH

10

11

| | |
|---|---|
| DEMETRIUS MANCE, | Case No. C11-03717 LB |
| Plaintiff, | Judge (for all purposes): Honorable Laurel Beeler |
| vs. | ~~[PROPOSED]~~ ORDER GRANTING A CONTINUANCE OF THE STATUS CONFERENCE AND MEDIATION DEADLINE |
| MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | Status Conf.:      January 19, 2012 Time:               10:30 a.m. |

19

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE

20

PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

21

The January 19, 2012 Status Conference is VACATED and continued to

22

February 23 ____, 2012. A Joint Status Statement is due February 16 ____, 2012.

23

IT IS SO ORDERED.

24

25

DATED: December __12__, 2011

26

HON. LAUREL BEELER
United States District Court,
Magistrate Judge

27

28