UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND BRANCH

| | |
|---|---|
| DEMETRIUS MANCE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and<br>DOE 1 through DOE 10 inclusive,<br><br>　　　　　　　　　　Defendants, | Case No. C11-03717 LB<br><br>Judge (for all purposes):<br>Honorable Laurel Beeler<br><br>~~[PROPOSED]~~ ORDER GRANTING A CONTINUANCE OF THE STATUS CONFERENCE AND MEDIATION DEADLINE<br><br>Status Conf.:　　January 19, 2012<br>Time:　　　　　　10:30 a.m. |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

　　The January 19, 2012 Status Conference is VACATED and continued to __February 23__, 2012. A Joint Status Statement is due __February 16__, 2012.

　　IT IS SO ORDERED.

DATED: December __12__, 2011

　　　　　　　　　　　　　　　　　　　　　　　／s／ LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　HON. LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States District Court,
　　　　　　　　　　　　　　　　　　　　Magistrate Judge

1

~~[PROPOSED]~~ ORDER