UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DEMETRIUS MANCE,<br><br>               Plaintiff,<br>    v.<br>MERCEDES-BENZ USA, LLC,<br><br>               Defendant.<br>_____/ | No. C 11-03717 LB<br><br>**ORDER STAYING CASE PENDING ARBITRATION AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE FILE FOR ADMINISTRATIVE PURPOSES** |

This order follows the October 24, 2012 Further Case Management Conference. *See* 10/24/2012 Minute Order, ECF No. 38.

On September 28, 2012, the court granted Defendant's motion to compel arbitration. 9/28/2012 Order, ECF No. 34. The court kept a Further Case Management Conference on calendar for October 4, 2012, to discuss next steps. *Id*. Then, the court set a Further Case Management Conference for October 24, 2012 to give the parties time to discuss whether they wanted to be referred to a magistrate judge for a settlement conference. 10/4/2012 Minute Order, ECF No. 35. At the October 24, 2012 Further Case Management Conference, the parties informed the court that they did not believe that a settlement conference would be worthwhile.

Accordingly, in light of the court granting Defendant's motion to compel arbitration, the court **STAYS** this case pending completion of arbitration. The Clerk of the Court is directed to close the file for administrative purposes.

///

C 11-03717 LB
ORDER

**IT IS SO ORDERED.**

Dated: October 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge